# STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT
### P.O. Box 16577
### Lake Charles LA 70616
### (337) 433-9403

Lawrence Wayne Pettiette  Jr.
Pettiette, Armand & Dunkelman
P O Box 1786
Shreveport LA 71166-1786

Joseph Samuel Woodley
Pettiette, Armandm Dunkelman
P. O. Box 1786
Shreveport LA 71166-1786

> Judgment on rehearing rendered and mailed to all parties or counsel of record on February 20, 2019

**REHEARING ACTION: February 20, 2019**

**Docket Number: 18   00807-CM**

**SUCCESSION OF FRED LANGFORD HOUSTON**

**Appealed from Caddo Parish Case No. 525,127 to Second Circuit, Court of Appeal Application for Rehearing transferred from Second Circuit, Court of Appeal Case No. CA 18-52181**

<u>**BEFORE JUDGES**</u>:

    **Hon. Sylvia R. Cooks**
    **Hon. Shannon J. Gremillion**
    **Hon. D. Kent Savoie**

As counsel of record in the captioned case, you are hereby notified that the ruling for

the application for rehearing filed by **Hanh T. Williams** is:

    Motion for Leave of Court to File Supplemental Brief:  **DENIED.**
    Motion for Leave to Allow Appellant to Oppose Appellee's Request
    for Additional Briefing and Motion to Strike:  **DENIED AS MOOT.**
    **REHEARING DENIED.**

cc: Marjorie L. Frazier, Counsel for the Appellee
    Roger Joseph Naus, Counsel for the Appellee
    Seth M. Moyers, Counsel for the Appellee
    Charles E. Tabor, Counsel for the Appellee
    John McGinty Frazier, Counsel for the Appellee